IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nuo Therapeutics, Inc.<br><br>Debtor. | Chapter 11<br><br>Case No. 16-10192 (MFW) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that Tara L. Lattomus of Eckert Seamans Cherin & Mellott, LLC and Steve Jakubowki of Robbins Salomon & Patt, Ltd., hereby appear on behalf of the Ad Hoc Equity Committee as its interests may appear pursuant to Sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

| | |
|---|---|
| Tara L. Lattomus, Esquire | Steve Jakubowski, Esq. |
| Eckert Seamans Cherin & Mellott, LLC | Robbins Salomon & Patt, Ltd. |
| 222 Delaware Avenue, 7th Floor | 180 N. LaSalle Street, Suite 3300 |
| Wilmington, DE 19801 | Chicago, IL 60601 |
| Tel: (302) 574-7403 | Tel: (312) 456-0191 |
| Fax: (302) 574-7401 | Fax: (312) 782-6690 |
| tlattomus@eckertseamans.com | sjakubowski@rsplaw.com |

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery,

{U0146770}

telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

This Notice and Request is not intended to and shall not be deemed or construed to be a waiver (i) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding arising in or related to this case, or (ii) of any other right, remedy, claim, action, setoff or recoupment to which the Defendant is or may be entitled, in law or in equity, all of which are hereby expressly reserved and preserved.

Dated: January 27, 2016　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Tara L. Lattomus*
　　　　　　　　　　　　　　　　　　　　　　Tara L. Lattomus (DE No. 3515)
　　　　　　　　　　　　　　　　　　　　　　**Eckert Seamans Cherin & Mellott, LLC**
　　　　　　　　　　　　　　　　　　　　　　222 Delaware Street, 7th Floor
　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 574-7400
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 574-7401
　　　　　　　　　　　　　　　　　　　　　　tlattomus@eckertseamans.com

　　　　　　　　　　　　　　　　　　　　　　—and—

　　　　　　　　　　　　　　　　　　　　　　Steve Jakubowski
　　　　　　　　　　　　　　　　　　　　　　**Robbins Salomon & Patt, Ltd.**
　　　　　　　　　　　　　　　　　　　　　　180 N. LaSalle Street, Suite 3300
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL  60601
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (312) 456-0191
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (312) 782-6690
　　　　　　　　　　　　　　　　　　　　　　sjakubowski@rsplaw.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for the Ad Hoc Equity Committee*

## **CERTIFICATE OF SERVICE**

I, Tara L. Lattomus, hereby certify that on this 27th day of January, 2016, I caused a true and correct copy of the foregoing **Entry of Appearance** to be served via first class, U.S. mail on the following:

| | |
|---|---|
| William Pierce Bowden, Esquire<br>Stacy L. Newman, Esquire<br>Karen B. Skomorucha Owens, Esquire<br>Ashby & Geddes<br>500 Delaware Avenue<br>8th Floor, P.O. Box 1150<br>Wilmington, DE  19899 | Juliet M. Sarkessian, Esquire<br>U.S. Trustee's Office<br>844 King Street<br>Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |

                                               */s/ Tara L. Lattomus*
                                               Tara L. Lattomus (DE No. 3515)

{U0146770}