# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nuo Therapeutics, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 16-10192 (MFW)<br><br>Hearing Date: February 22, 2016 at 9:30 a.m. (ET)<br>Objection Deadline: February 16, 2016 at 12:00 p.m. (ET) |

## NOTICE OF APPLICATION FOR AUTHORITY TO EMPLOY GORDIAN GROUP, LLC AS INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTOR, *NUNC PRO TUNC* TO THE PETITION DATE, PURSUANT TO BANKRUPTCY CODE SECTIONS 327 AND 328

**PLEASE TAKE NOTICE** that on February 1, 2016, Nuo Therapeutics, Inc., the debtor and debtor-in-possession in the above captioned case (the "Debtor"), filed its *Application for Authority to Employ Gordian Group, LLC as Investment Banker and Financial Advisor to the Debtor, Nunc Pro Tunc to the Petition Date, Pursuant to Bankruptcy Code Sections 327 and 328* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Application must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court and served upon, so as to be received by, the undersigned proposed counsel on or before **February 16, 2016 at 12:00 p.m. (prevailing Eastern Time)**. Only properly and timely filed responses will be considered.

**PLEASE TAKE FURTHER NOTICE** that this Application is scheduled to be heard by the Bankruptcy Court on **February 22, 2016 at 9:30 a.m. (prevailing Eastern Time)** before The Honorable Mary F. Walrath, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

| Dated: February 1, 2016 | **ASHBY & GEDDES, P.A.** |
|---|---|

*/s/ Stacy L. Newman*
_____
William P. Bowden, Esq. (No. 2553)
Karen B. Skomorucha Owens, Esq. (No. 4759)
Stacy L. Newman, Esq. (No. 5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
Email: wbowden@ashby-geddes.com
Email: kowens@ashby-geddes.com
Email: snewman@ashby-geddes.com

-and-

**DENTONS US LLP**
Sam J. Alberts
1301 K Street, NW
Suite 600, East Tower
Washington, D.C. 20005
Telephone: (202) 408-7004
Fax: (202) 408-6399
Email: sam.alberts@dentons.com

Bryan E. Bates
303 Peachtree Street, NE
Suite 5300
Atlanta, Georgia
Telephone: (404) 527-4073
Fax: (404) 527-4198
Email: bryan.bates@dentons.com

*Proposed Co-Counsel for the Debtor and Debtor-in-Possession*