# Exhibit B

**(Kaufman Declaration)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Nuo Therapeutics, Inc., | Case No. 16-10192 (MFW) |
| Debtor. | |

### DECLARATION OF PETER S. KAUFMAN IN SUPPORT OF APPLICATION FOR AUTHORITY TO EMPLOY GORDIAN GROUP, LLC AS INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTOR, *NUNC PRO TUNC* TO THE PETITION DATE, PURSUANT TO BANKRUPTCY CODE SECTIONS 327 AND 328

I, Peter S. Kaufman, hereby state and declare as follows:

1.      I am the President and Head of Restructuring and Distressed M&A at Gordian Group, LLC ("Gordian" or the "Firm"), an investment banking firm having significant expertise in bankruptcy, general investment banking and financial advisory issues.

2.      Gordian maintains offices at 950 Third Avenue, 17th Floor, New York, NY.

3.      This Declaration is submitted in connection with and in support of the application (the "Application") filed by the above-caption debtor and debtor in possession (the "Debtor") for entry of an order, pursuant to sections 327(a) and 328(a) the Bankruptcy Code and Bankruptcy Rules 2014 and 2016 authorizing the retention and employment of Gordian to provide investment banking and financial advisory services to the Debtor, effective as of the Petition Date, and to provide the disclosures required under section 327 of the Bankruptcy Code and Bankruptcy Rule 2014(a).

4.      I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

### Connections

5.      To the best of my knowledge, information, and belief, Gordian is unaware of any "connections," as that term is defined by Bankruptcy Rule 2014, other than those set forth

herein, to the Debtor and its estate. If and when we become aware of any connections, we will update the Court. However, Gordian notes that it has in the past worked with, may continue to work with and have mutual clients with certain law firms and other professionals who may represent or advise parties-in-interest in this case. Further, Gordian may have in the past performed professional services for, and may in the future provide services for entities that are claimants or interest holders of the Debtor in matters wholly unrelated to the Debtor's pending bankruptcy case.

6.     In connection with its proposed retention by the Debtor, Gordian undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or hold or represent an interest adverse to the Debtor or its estate. In connection with this inquiry, Gordian researched a list names of individuals and entities that may be parties-in-interest in the chapter 11 case, as set forth in Schedule 1 attached hereto (the "Case Parties"). Schedule 1 was assembled from information provided by the Debtor, and contains a listing of the Debtor, its affiliates, its secured creditors, its unsecured creditors and other parties in interest.

7.     Gordian has researched its client files and records to determine its connections with the Case Parties. Gordian has determined that it currently has or had a relationship (client, co-advisor, opposing advisor, financing source, opposing creditor, or service provider) with the following Case Parties in matters wholly unrelated to the Chapter 11 Cases:

- Dentons
- Harbinger/Aurora Venture Fund LLC,
- Harbinger/Aurora QP Venture Fund LLC,
- MidCap Financial LLC,
- MidCap Funding III LLC
- Cozen O'Connor P.C.

- Foley & Lardner LLP
- George McDaniel III

8.     In addition to the "connections" identified above, a Gordian professional maintains a personal relationship with Judge Kevin J. Carey. Additionally, Gordian may have "connections" to the United States District Court, United States Bankruptcy Court, Internal Revenue Service, Office of the United States Trustee, and other federal, state and local governmental agencies, as well as insiders of the Debtor, certain creditors in this case, and law firms that may file appearances in this case, and otherwise. All such "connections" are of a *de minimis* nature and will not affect Gordian's ability to render competent and loyal financial advisory and investment banking services to the Debtor.

9.     To the best of my knowledge and belief, neither Gordian nor any of its insiders or affiliates holds or represents any interest adverse to the Debtor or its estate in the matters upon which Gordian is to be engaged. Gordian and its insiders and affiliates are all "disinterested persons" within the meaning of 11 U.S.C. § 101(14), as modified by section 1107(b) of the Bankruptcy Code, in that neither Gordian nor any Gordian employee: (i) is a creditor, equity-security holder, or insider of the Debtor; (ii) within two years of the Petition Date, a director, officer, or employee of the Debtor, and (iii) has an interest materially adverse to the interest of the estate or any class of creditors or equity-security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor.

### Background

10.     I joined Gordian in 1990 and currently act as President and Head of Restructuring and Distressed M&A at the firm. I am co-author of two definitive works in the field: (1) *Distressed Investment Banking: To the Abyss and Back*, Washington, D.C.: Beard, 2005, and (2) *Equity Holders Under Siege: Strategies and Tactics for Distressed Businesses,* Washington D.C.: Beard, 2014. While

at Gordian, I have consistently been ranked as one of the top ten leading investment bankers in financial restructuring by *The Deal* (and have been ranked number one) and in 2014 was awarded the "Distressed M&A Deal of the Year" and "Energy Deal of the Year" Awards by M&A Advisor, for Gordian's work on the Montreal, Maine & Atlantic Railway and Xtreme Power cases, respectively.

9.      Prior to joining Gordian, I was the founding co-chairman of the Committee on Investment Banking of the American Bankruptcy Institute and a founding member of First Boston Corporation's Distressed Securities Group. I received my B.A. with honors from Yale University as well as a J.D. from the University of Virginia School of Law.

10.     I believe that Gordian is well-qualified to act as investment banker and financial advisor to the Debtor. Gordian has considerable experience and a national reputation in assisting troubled companies with stabilizing their financial position, analyzing their financial situation, and developing and implementing an appropriate plan of financial reorganization or sale transaction. Gordian's professionals have extensive experience in providing investment banking solutions and independent advice to business leaders dealing with complex challenges or financial distress. Moreover, Gordian has become familiar with the Debtor's financial condition and business as a result of services provided to the Debtor prior to the Petition Date. Gordian was engaged on or about December 28, 2015.

11.     Gordian is an investment banking firm with expertise in financial restructuring and distressed M&A. One of Gordian's specialties is providing investment banking and financial advisory services in bankruptcy and insolvency matters. Gordian provides a broad range of corporate advisory services including, but not limited to, general investment banking and financial advice, capital raising, and financial restructuring. Gordian's professionals have decades of

extensive experience working with financially troubled companies in complex financial restructurings and distressed M&A both in and out of chapter 11. Gordian's professionals have advised debtors and equity holders in many restructurings.

12.     The Debtor selected Gordian based on its experience and expertise in providing financial advisory and investment banking services in chapter 11 cases and M&A. Gordian's restructuring professionals have extensive experience in advising debtors and other constituents in chapter 11 cases and have served as financial advisors and investment bankers to numerous debtors in restructurings involving, among others, Alexander Gallo Holdings, American Airlines, Integrated Electrical Services, Inc., Jobson Medical Information Holdings, LTV Steel, Mississippi Chemical Corporation, Osyka Corporation, Solutia, Inc., Spansion Inc., Summit Global Logistics, and Xtreme Power Inc. Gordian was named Boutique Investment Bank of the Year in restructurings for 2011 and 2014 as well as Outstanding Investment Banking Firm of 2012, 2013 and 2014 by multiple organizations (to wit, M&A Advisor and Turnarounds and Workouts). Gordian has the requisite investment banking and financial advisory experience to provide the necessary services to the Debtor in this chapter 11 case.

## Engagement

13.     The Debtor has proposed to retain Gordian to render the following investment banking and financial advisory services, as more fully set forth in the Engagement Letter:[3]

    a) Advise and assist the Debtor with the general formulation and evaluation of various options for effecting one or more possible Financial Transactions;

    b) Advise and assist the Debtor regarding any potential restructuring, amendment, extension, conversion, exchange, compromise,

---

[3]     All capitalized terms shall have the meaning ascribed in the Engagement Letter. To the extent there is any conflict between the terms set forth in this Application and the terms set forth in the Engagement Letter, the terms set forth in the Engagement Letter shall govern.

repayment, retirement, assumption, refinancing or other modification or satisfaction of the Debtor's indebtedness and/or obligations;

c) Advise and assist the Debtor in raising new or replacement debt or equity capital (or other investment or financing) for the Debtor and its affiliates, including identifying and, to the extent agreed by the Debtor, contacting potential parties to any such investment or financing;

j) Advise and assist the Debtor regarding any potential merger or sale of the Debtor or its affiliates or their securities, assets or businesses, including identifying and, to the extent agreed by the Debtor, contacting potential parties for any such merger or sale;

k) Assist in preparing, for review and approval by the Debtor, proposals to creditors, equity holders and other parties-in-interest in connection with any possible Financial Transaction;

l) Assist with the structuring and implementation of any Financial Transaction, including evaluating proposals from, and participating in negotiations with, third parties regarding such Financial Transaction;

m) Assist with making presentations to the Board of Directors regarding any potential Financial Transaction, its participating parties and/or other financial issues related thereto;

n) Provide testimony to any bankruptcy court, as appropriate and mutually agreed upon by Gordian and the Debtor; and

o) Render such other financial advisory and investment banking services as may be mutually agreed upon by Gordian and the Debtor.

15.     As more fully set forth in the Engagement Letter, as part of the compensation for Gordian's services in connection with this engagement, the Debtor—before the commencement of this chapter 11 case—paid to Gordian an upfront fee of $75,000 (the "Upfront Fee"). Thereafter, Gordian shall receive a monthly fee of $50,000 (the "Monthly Fees") payable thirty (30) days after the execution of the Engagement Letter. Additionally, concurrently with and as a condition to the consummation of any Financial Transaction, the Debtor shall pay or cause to be paid to Gordian fees (the "Transaction Fees" collectively with the Upfront Fee and the Monthly Fees, the "Fees") equal to 2.0% of the Aggregate Consideration in connection with any Financial

Transaction. However, if (i) the Debtor closes a sale to Deerfield Management Company, L.P. (or its affiliates) of substantially all of the Debtor's assets and (ii) no other potential purchaser has submitted a Qualified Bid (as defined in the Bid Procedures Order) for the Debtor's assets, Gordian will be paid a $100,000 success fee (the "Success Fee") in lieu of the Transaction Fee.

16.     As more fully set forth in the Engagement Letter, Aggregate Consideration, for purposes of calculating the Transaction Fees, shall be deemed to be the total amounts directly or indirectly paid to or for the benefit of, or otherwise realized or retained by, the Debtor and its affiliates, their equity holders and/or their creditors (and, if applicable, any target company, its equity holders and/or its creditors) in connection with the Financial Transaction or any transaction related thereto, including, without limitation, (a) the principal amount of any debt or other obligations directly or indirectly assumed, restructured, amended, repaid, compromised, exchanged, converted, extended, refinanced, retired, credit bid or otherwise modified or satisfied, (b) the amount of any new debt and/or equity capital (or other investment or financing) committed to or raised, and (c) the value, after giving effect to the Financial Transaction, of any investments or other interests retained by any of the Debtor's and the its affiliates' equity holders.

17.     In the event that the Aggregate Consideration comprises securities, in whole or in part, the value of such securities, for purposes of calculating the Transaction Fees, shall be the fair market value thereof, as the parties hereto shall mutually agree, on the day prior to the public announcement of the Financial Transaction; provided, however, that the value of securities with an existing public trading market shall be determined by the average of the last sales prices for such securities on the five trading days ending five days prior to the consummation of the Financial Transaction.

18.     Pursuant to the Engagement Letter, the Transaction Fees shall be paid in full simultaneously with the closing of the Financial Transaction (and in no event later than the receipt of any portion of the Aggregate Consideration); provided that if the Aggregate Consideration may be increased, pursuant to the terms of the Financial Transaction, by contingent or deferred payments related to future earnings or operations, escrow releases or other matters, the portion of the Transaction Fees relating thereto shall be calculated and paid to Gordian when and as such contingent or deferred payments are made.

19.     In addition to the Fees, Gordian shall be reimbursed, upon invoice, for all of its reasonable, documented out-of-pocket expenses (including legal, travel, telephone, and facsimile) incurred in connection with Gordian's engagement hereunder; provided, however, that Gordian shall require the prior written consent of the Debtor before incurring any legal expenses for which it is seeking reimbursement.

20.     I submit that the foregoing fee arrangement, which is similar to fee arrangements which have been authorized in other chapter 11 cases in which Gordian and other leading financial advisors and investment bankers have rendered services, is reasonable in light of industry practice, market rates both in and out of chapter 11 proceedings, Gordian's experience, and the scope of work to be performed pursuant to Gordian's retention.

21.     Gordian does not bill for its investment banking services on an hourly basis. The fees and expense reimbursement provisions described above are consistent with (or less than) normal and customary arrangements for cases of this size and complexity which require the level and scope of services outlined. Gordian seeks payment of its fees on a fixed-rate basis, which is common in the financial advisory and investment banking industry. It is not the general practice of Gordian to keep detailed time records similar to those customarily kept by attorneys. In addition,

Gordian personnel do not maintain their time records on a "project category" basis. Accordingly, Gordian believes it is appropriate to submit monthly, interim and final fee applications in keeping with its general practices.

22.     As more fully outlined in the Engagement Letter and subject to this Court's approval, the Debtor agrees to indemnify and hold harmless Gordian and its affiliates and their respective members, partners, officers, directors, employees, controlling persons, representatives and agents (each an "Indemnified Party") to the full extent lawful from and against, and agrees that Gordian shall have no liability to any of the Debtor or its affiliates, successors, assigns, creditors or security holders for, any losses, claims, expenses, damages or liabilities (or actions or proceedings in respect thereof), including without limitation counsel fees and expenses, (i) related to or arising out of (x) information provided or approved by or on behalf of any of the Debtor or its affiliates or (y) action taken or not taken by the Debtor or its affiliates, or by Gordian at the Debtor's request or with the Debtor's consent, or (ii) otherwise related to or arising out of Gordian's engagement under the Engagement Letter, or any transaction or conduct in connection therewith, except that these clauses (i) and (ii) shall not apply to the extent that any such loss, claim, expense, damage or liability is finally judicially determined to have resulted solely from Gordian's gross negligence or willful misconduct in performing the services that are the subject of the Engagement Letter.

23.     The indemnification provisions contained in the Engagement Letter were negotiated between the Debtor and Gordian at arms-length and are typical of those contained in similar such agreements of other investment bankers and financial advisors retained in this District.

## Conclusion

24.     I respectfully submit that this fee arrangement, which is similar to fee arrangements which have been authorized in other chapter 11 cases in which Gordian and other leading financial

advisors and investment bankers have rendered services, is reasonable in light of industry practice, market rates both in and out of chapter 11 proceedings, Gordian's experience, and the scope of work to be performed pursuant to Gordian's retention.

25.     I submit that the foregoing is true and correct to the best of my knowledge, under penalty of perjury.


[*signature follows*]

This 1st day of February, 2016.

GORDIAN GROUP, LLC

Name: Peter S. Kaufman
Title: President

-11-

# **Schedule 1**

**(a) Debtor**

Nuo Therapeutics, Inc.

**(b) Debtor Affiliates**

Cytomedix, Inc. (former name of Debtor)
Aldagen, Inc.
Cytomedix Acquisition Company, LLC

**(c) Secured Lenders**

Deerfield Private Design Fund II, L.P.
Deerfield Private Design International II, L.P.
Deerfield Special Situations Fund, L.P.
Deerfield Special Situations International Master Fund, L.P.

**(d) Creditors Holding Largest Unsecured Claims**

AFCO
Amarex Clinical Research LLC
Augustin Training & Consulting UG
Bioprod d.o.o.
BLDG Holdings Inc.
CorePerformX Advisory Group LLC
Covance Market Access Services Inc.
CPA Global Limited
Curative Health Services
DePuy Spine, Inc
Emergo Global Consulting LLC
Fish & Richardson PC
Foley & Lardner LLP
Gilero LLC
Green Key Temp, LLC
HMP Communications LLC
McKesson/PSS World Medical
Net Health Systems, Inc.
Pfizer, Inc
Sparton Medical Sys LLC (Byers Peak)
The Ruth Group
Waverly Holdings, LLC

## (e) **Other Creditors And Interested Parties**

Accellent Inc
ACE American Insurance Company
AdvaMed
AFCO
Allianz Global Corp & Spec North America
Allied World Assurance Company
Altus Group
Amarex Clinical Research LLC
Amarillo Hair Restoration
American Express Co
American Real Estate Partners
Andrew Cohen
Applied Quality Solutions, LLC
Argon Medical Devices Inc
Arkadin Inc
ASG Security
ASG Security Service
Atlantech Online Inc
Augustin Training & Consulting UG
Autologus Blood Resources
Bailey Systems LLC
Barton Health
Beazley Insurance Company Inc.
Beckman Coulter Inc
Berkley National Insurance Company
Biologic Therapies
Bioprod d.o.o.
BLDG Holdings Inc
Blood Guys
Broadridge Corp Issuer (Stock Trans)
Broadridge Financial Solutions Inc
Brown, Dr Michael
Capital Area Perfusion - Customer
Capital One Bank
Capital Search Group, LLC
Cardiac Perf
Cardiopulmonary Supplies
CARDIOTHORACIC SURG
CEGS Landfund Management, LLC

Chesapeake Research Review LLC
City of Phoenix(Dept of Revenue)
Coller Industries
Colornet Printing & Graphics
Columbia Casualty
Comcast - 207A
Comcast-209
CorePerformX Advisory Group LLC
Cornerstone West Monroe
Corporate Traveler
Covance Market Access Services Inc.
Cozen O'Connor PC
CPA Global Limited
Curative Health Services
DCA Imaging Systems
Dean Tozer
DePuy Spine Inc
e-end
Elcam Medical Inc
Electronic Printing Solutions LLC
Emergo Europe
Emergo Global Consulting LLC
ENV Services Testing & Certifications,Inc
Erwin Estrella
Estrella, Erwin
FedEx
Fidelity
Fidelity IIOC Inc (FMR LLC)
Fish & Richardson PC
Fisher Scientific Company, LLC
Foley & Lardner LLP
Franciscan Alliance - ar customer
G3 Medical Inc
Gilero LLC
Graebel Vanlines
Graphic Connection Inc
Green Key Temp, LLC
Harland Checks & Services Inc
Harmac Medical Products Inc
HCA Trident - customer
Health Policy Strategies Inc

HMP Communications LLC
Hogan Lovells International LLP
HSC Med
ID- State Tax
Intaboro Acres Inc
Intellicure Inc
Iron Mountain Inc
IVC Meridian LL F, LLC
Joint and Spine Institute
KS- Secretary of State
La Bell Vie, ar customer
Lampire Biological Labs Inc
Liberated Intelligence & Analysis, Inc.
Marlin Business Bank
McKesson/PSS World Medical
Medline Industries Inc (vendor)
Memorial Hermann Hospital -customer
MET Laboratories Inc
MethodSense Inc
MetLife - Group Benefits
Miami Valley Hospital - customer
MJ Simon & Company LLC
Montgomery County, Maryland
MS - Dept of Revenue
NAMSA
NASDAQ OMX Corporate Solutions LLC
National Union Fire Insurance Company of Pittsburgh, PA
National Union Fire Insurance Company of Pittsburgh, Pa.
NeoMPS
Net Health Systems, Inc.
Nirschl Orthopedi
No Vendor -
North Carolina Department of Revenue
Ober, Kaler, Grimes & Shriver
OfficeTeam
Orthohealing Ctr
Parker Hannifin Corporation
PATRx Consulting, LLC
Pepco
Pepco - 2008185759
Perfusion Alliance - customer

Perfusion Professionals - customer
Pfizer Inc
Pharmagena
Phebra Pty Ltd
Piedmont Healthcare
Piedmont Medical
Princeton Perf Group
Pro Benefits, Inc.
Progen Inc
PRP Specialist
Quill Corporation
RestorixHealth, Inc.
Rosen M.D., Howard
Roth, Heather
Salyer Perfusion
Sarstedt Inc
Saul Holdings Limited Partnership
SerenaGroup, Inc.
Sharp Chula Vista
Sheridan Health
SHRED-IT USA
Sorin Netherlands
SOUTHWEST GENERAL HEALTH CTR
Sparton Medical Sys LLC (Byers Peak)
Square 1 Bank
St. Vincent Charity
Stegman & Company
Stericycle, Inc.
Stevens & Son Inc
Stockdale Podiarty Group, Inc
STRATEGIC BUSINESS COMMUNICATIONS
SyncBASE Inc
Tennessee Board of Pharmacy
TGG Management
The Global Language of Business
The Meltzer Group
The Ruth Group
The Vested Group
Thrive
TimePayment Corp.
Timothy Speciale- customer

Top Level
TriCor Employment Screening
Trident Health Resources - customer
TUV SUD America
TX - Blue Cross Blue Shield
Ula Kai Regenerative Services- customer
Uline
Underwriters Laboratories Inc
United Regional Healthcare System
UPS
UPS Supply Chain Solutions
Valley Presbyterian Hospital
Verizon Wireless
Vintage Filings
Washington Gas
Waverly Holdings LLC
Western Institutional Review Board
WI - Dept of Revenue
William Gallagher Associates
William W Li LLC
Wilmington Trust
Winter Harbor LLC
XL Specialty Insurance Company

**(f) <u>Common Stockholders</u>**

1025 INVESTMENTS INC
A G EDWARDS & SONS INC
CEDE & CO
LEE ABAIGER
JEFFERY ADLER
GONZALO ALARCON
ALD CO-INVESTOR LLC
ALDAGEN HOLDINGS, LLC
ALL CO.
ALL COMPANY PARTNERSHIP
DAVID M ALLEN
WILLIAM ALLEN
GERALD C ALMLI & JENNIFER L ALMLI JT TEN
ALPCO
D SHY ANDERSON
FRANK APPLEBERRY
CARL E ARKO & KRISTI M ARKO TEN COM

MATTHEW J ARKO
ARTHUR & MOLITA BURROWS
BRUCE T ASTERINO
AURORA ENRICHMENT FUND LLC
KRISTIE BAKER
AARON B BALL
MARTHA BANDA
DANNY L BARNES
HARRY BARNES & MARY M BARNES JT TEN
MARY S BARNETT
RODNEY BARNETTE
DAVID DAVIS BARRETT TRUST
DON WALKER BARRETT III TRUST
WILLIAM LYNN BAXTER & NANCY CARROLL BAXTER JT TEN
ANN BECK
BECKMAN COULTER
GERALD BEHRENS
BEL-CAL PROPERTIES INC
KIMBERLY ANN BERIOU
MICHAEL BERIOU
CARYL BERNARD
PERCY E BEST & SHIRLEY A BEST JT TEN
ERNEST BIJOWSKI
BIO-WASTE INDUSTRIES INC
RICHARD L BISCHOFF SR & LINDA E. BISCHOFF
CHARLES A BISHOP
STEPHEN BLAKE & TIA C MURCHISON JT TEN
DAVE BOCKMORE
ARMOND J & GERALDINE M BONFILS JTTEN
GEORGENA G BRADSHAW
NICHOLAS BROWN CUSTODIAN, JESSICA CHRISTENE BROWN
NICHOLAS BROWN CUSTODIAN, SAMANTHA NICOLE BROWN
PHILLIP L BRUMLEY
GLENN M BRYANT & RHONDA K BRYANT JT TEN
CLAYTON BRYSON & REBECCA J BRYSON JT TEN
SAMUEL BURKHALTER
THOMAS W BURNETT & JENNIFER BURNETT JT TEN
LARRY T CADENHEAD
JOE R CALDWELL & TERESA A CALDWELL JT TEN
JOE D CALHOUN
CALVARY LIGHTHOUSE
WILLIAM E CAMPBELL JR & MARGARET A CAMPBELL JT TEN
ROBERT E CANDY
GAIL CAPERS
VERNON L CAPERS & GAIL A CAPERS JT TEN
CAPITAL GROWTH TRUST

PHILLIP W CAPPS
JIMMY DEAN CARELOCK
CARRAWAY METHODIST MEDICAL CENTER
CARTER LEDYARD & MILBURN
DON CATES & STELLA CATES JT TEN
ALBERT CATHEY JR & KAREN CATHEY JT TEN
DON R CHEEK & PAULA K CHEEK JT TEN
JASON CIMENT
CLARENCE C & MARGARET T ANKNEY JTWROS
PETE A CLAUSEN & SUSAN CLAUSEN JT TEN
CNF INVESTMENTS II LLC
CCH INC CO
CODING COMPLIANCE SOLUTIONS LLC
EDWARD L CORDER & LISA A CORDER TEN COM
WILLIAM W CORNISH TR
TERESA DUGGER COX
CP&L
LISA Y CRAFTON
DOROTHY L CRAMPTON
ROBERT J CRANK
GINGER A CREWS
LANA LEIGH CREWS
KARLA CROWSON TOD
JAMES CURTIS & JESSIE CURTIS JT TEN
SEAN A CUSACK
GARY T DALTON & HELENE F DALTON TEN COM
MICHAEL E DALTON
BRET T DAMPIER & ZENA M DAMPIER JT TEN
RUSS L DANIEL
ALFRED JAMES DANNER & KATHLEEN R DANNER JT TEN
ADA M DAVID
RICHARD G DAVID
CHARLIE R DAVIS & SANDRA G DAVIS JT TEN
VERNON L DEAS & NANCY J DEAS JT TEN
DIANE M DECREMER & SHANE P DECREMER SR TEN IN COM
JOAN D DEJARNETTE
DEJORIA FAMILY TRUST UA DTD 4/21/04
JOHN PAUL DEJORIA, TRUSTEE
DEJORIA FAMILY TRUST
LEON T DELOZIER
OSCAR DELPH
MARYLAND DEPARTMENT OF BUSINESS AND ECONOMIC DEVELOPMENT
DETROIT EDISON
DIAGNOSTICA STAGO
WILLIAM G DIEBOLD & SUE L DIEBOLD JT TEN
DISCRETIONARY INVESTMENT TRUST

JOHN DIXON
MARSHA DORMAN
JAMES P DOUGOVITO & LINDA C DOUGOVITO JT TEN
MIRIAM DOWNING
EARTHLINK
CHARLES EATON & DELORES EATON JT TEN
RICHARD EINTEIN
CHRIS ELDER & KERRI ELDER JT TEN
ANDELA M ELFSTROM
SHARON ELFSTROM
ELITE GRAPHIC IMAGES LTD
DAVID ELLER
J. K. ELLINGBOE
PRESCILLA ELLIOTT & MAX ELLIOTT JT TEN
D C ELLIS & EMMA SUE ELLIS JT TEN
DORIS ELLIS
JANIS A ELMS
ELOISA U PENA PERS REP
EMW CORP
DONALD E ERICKSON & ELAINE M ERICKSON JT TEN
KENNETH ERIKSON
AUDITOR OF STATE
KENTUCKY DEPARTMENT OF TREASURY
COMPTROLLER STATE NEW YORK
COMMONWEALTH OF PENNSYLVANIA
STATE OF SOUTH DAKOTA
MUSIC CITY & CO
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
TOMMY ESTES
B SCOTT EVANS & KRISTY EVANS JT TEN
FRANK FALLEUR
DALTON FARMER
DALTON A FARMER
DENNIS FARRELL
NORBERT FELDERHOFF & MARGE FELDERHOFF TEN COM
FEQ INVESTMENTS INC
FIORA A & ANN PAPERA JTTEN
FITCH EVEN TABIN & FLANNERY
JOYCE M FLOCKEN
KENNETH FORD
WILLIAM S FRANKEN
LON P FREDERICK
PAUL A AND GLORIA M FREDERICK
MATTHEW L FROST
GABRIEL COMMUNICATIONS
TOM GAINES & VICKIE GAINES JT TEN

PRICE C GARDNER
REGINA GARNER
MARTIN GARVEY
JOHN GIDDINGS
NORMAN P GIFFORD
BRIGETT GLADDEN
BILL D GODAIR & KAREN E GODAIR JT TEN
LEONARD M GOLDSTEIN
ALLAN S GOLMAN
STEVEN GOODMAN & EVELYN GOODMAN JT TEN
CHARLENE K GOODSON & ALBERT M GOODSON JT TEN
TUNNEY GOZA
HJALMAR GRANSKOG
VICOTR & NADYA GROSS JTWROS
GUARANTEE & TRUST CO
ORRIN J GULLICKSON
HAEMONETICS CORPORATION
DANNY B HALEY & SHIRE HALEY JT TEN
GARY R HANSEN & BARBARA E HANSEN JT TEN
HOWARD E HANSEN & DORIS M HANSEN JT TEN
MICHAEL L HANSEN
HARBERT VENTURE PARTNERS (ANNEX FD) LLC
HARBINGER/AURORA QP VENTURE FUND LLC
HARBINGER/AURORA VENTURE FUND LLC
RUSH F HARDING III
BILLY J HARPER & BETTY J HARPER JT TEN
JOHN L HARRISON & SANDRA HARRISON JT TEN
JUANITA HARTMAN TTEE FBO
ERIC HAUSER
JOHN W HAWKINS & CAROL MARIE HAWKINS JT TEN
DAVID HELD
ROY L HELTON JR & RICKEY CLIFTON JT TEN
WILLIAM HENDERSON & CAROLYN HENDERSON JT TEN
DAN MARTIN HENSLEY
JAKE FREDERICK HERRING
JIM HESLEP & FRAN HESLEP JT TEN
HOWARD HINDIN
NANCY P HINES
THOMAS HODAPP
PATRICK J HOWARD
EILEEN HU
JOHN E HUDSON & SUZANNE M HUDSON JT TEN
IBSEN IMPORTS INC
MICHAEL IBSEN
MICHAEL D IBSEN
INVESTOR RELATIONS INC

J & J WINN FAMILY PARTNERSHIP
JACOBS JOINT TRUST
WILLIAM GARY JACOBS & PARTICIA GAIL JACOBS JT TEN
SEP FBO STEVEN JAKUBOWSKI
FRANKLIN J JANASKIE & MARY C JANASKIE JT TEN
JERRY & EDITH CREEKPAUM JTWROS
DOROTHY ALLISON JEWELL & RODERICK JEWELL JT TEN
DEJORIA FAMILY TRUST
JOSEPH W JOHNSON
LAWRENCE JOHNSON & SUE A JOHNSON JT TEN
SCOTT JOHNSON & SHANNON JOHNSON JT TEN
GENA JONES
JAMES JONES
PHILLIP W JONES & VIRGINIA SUE JONES JT TEN
DAVID E JORDEN
JOY & ROBERT O LAHO JTTEN
JP'S NEVADA TRUST
LAWRENCE W KAHKONEN & SALLY P KAHKONEN JT TEN
TERRENCE W KAHKONEN
KANSAS CITY POWER & LIGHT
HENRY A KAZIMIER & LORRETTA JEAN KAZIMIER JT TEN
WAYNE G KING & SANDRA R KING JT TEN
MANJULIKA KOSHAL & RAJINDAR KOSHAL JT TEN
WILLIAM G KREMPER & JOANN B KREMPER TTEES
PAT JAMES LACASELLA
GENE A LAIRD & MARIA V LAIRD JT TEN
LAKE CHARLES MEMORIAL HOSPITAL
RONNY LAMBERT & SHANNON LAMBERT JT TEN
LANCER OFFSHORE INC
LANCER PARTNERS LP
LARKO
BILL R LARZELERE & BARBARA LARZELERE JT TEN
MICHAEL A LAUER
CHARLES R LEADINGHAM & ROBIN LEADINGHAM JT TEN
WM ROBERTS LEE
CARL A LESSMAN
CARL A LESSMAN
WILLIAM R LEWIS
LIFESCI ADVISORS, LLC
KATHLEEN LINDSEY
ROBERT M LINDSMAYER
GUSSIE L LORING
LOUIS & MADELINE TOMICICH
RUSSEL LOWE
ANNA H LOYD
TOMMY D LUFFMAN

THERESA LUM
BILLY RANDALL MACHEN
KIMBERLY MALDONADO
JOHN MALONEY
TIMOTHY P MALONEY
BRUCE MARK
DAVID I MARLOW
MARQUARDT ENTERPRISES
DENNIS F MARTIN & LESLIE A MARTIN JT TEN
ANDREW S MASLAN
JOHN MAY
TRAVIS C MAYNARD & BRENDA G MAYNARD JT TEN
DOROTHY MAYO & ROBERT P. MAYO, JR JT TEN
TODD W MAYO & HEIDI A MAYO JT TEN
JOHN N MCCONNELL JR
GEORGE O MCDANIEL III
MICHAEL M MCDANIEL
CHARLES MCDONOUGH
MICHAEL S MCGOUGH & LORI MCGOUGH JT TEN
DONALD G MC IVER
DAVIE H MCJUNKINS JR & LAVONNA A MCJUNKINS JT TEN
ALLEN L MCKELLIPS & NANACY A MCKELLIPS JT TEN
JACK MCKNIGHT & PAM MCKNIGHT JT TEN
MARK T MCLOUGHLIN
PATRICIA A MEEKS
HAROLD R MEYER & BETTY A MEYER JT TEN
JANET MILES
GAIL MILLER
WILLIAM F MILLER III
EVERETT F MITCHELL
R WILLIAM MITCHELL & DIANA G MITCHELL JT TEN
MEENAKSHI MOHAN TTEE
VIRGINIA A MONROE & JUDITH A HARKONEN JT TEN
CHRISTOPHER PHILIP MOORE
ERNEST MOORE
ERNEST R MOORE & GREGORY P MOORE JT TEN
ERNEST R MOORE
LARRY MORAN & DEBRA MORAN JT TEN
RICHARD MORGAN
MORRISON INVESTMENTS LP
IVAN MOSKOWITZ
GARY L MOSSMAN
WALTER MULBRY
BLAKE MURCHISON
CLINT B MURCHISON & KENNETH E MURCHISON & RIETA J MURCHISON
JT TEN

KENNETH E MURCHISON & RIETA MURCHISON JT TEN
RIETA J MURCHISON & KENNETH E MURCHISON JT TEN
ERNEST F MURPHY & MARY A MURPHY JT TEN
JOSEPH T NABOR
NAMSA
NATIONAL FINANCIAL
FBO NFS LLC JULIUS H ROMA IRA R/O
ROBERT BOB NECAISE
NEW MARKETS GROWTH FUND
HAROLD NEWMAN
NICHOLAS & ROSE MIRABELLA JTWROS
WILLIAM D NICHOLS
NICK & LOLA M COSTANTINO JTTEN
S MIKE NOONER
LISA C NORDSTROM & EVELYN A NORSTROM JT TEN
WILLIAM O NORTON
DAN L NUNLEY
JAMES G O'SHAUGHNESSY
CHRISTOPHER BRIAN ODLE & JENNIFER L ODLE JT TEN
MASAJI OTA
PHILIP J OTT & SALLY A OTT JT TEN
MERRILL J OWEN
EMILY ANN PARKER & PAT B PARKER TEN COM
STEVEN G PARMELEE
TY PATCH
PATRICK & JANET BLACKMAN
ANGELA COOR PERKINS
JAMES PETERS
WILLIAM LLOYD PHELPS & JULIA PHELPS JT TEN
SHARON PITTARD
BRYAN PITTS
DOUGLAS POLI
LEWIS POLLACK & LINDA POLLACK JT TEN
TAMMY POPE & MARK JOSEPH POPE JT TEN
KIMBERLY POPOSKY TOD
RENNY PROPST
PRUETT MANUFACTURING
KATHRYN CLAIRE PRUITT & TIMOTHY MICHAEL PRUITT JT TEN
PYRAMID LABORATORIES INC
SARAH L QUALLS & DANE S QUALLS
R & D SYSTEMS
CLARK RABORN
ALLEN RADIKE
ALLEN F RADIKE JR
ALLEN F RADTKE JR
RALPH D & LOIS E RUEFF

WILLIAM L RATLIFF JR
PAUL RAY & NIKKI RAY JT TEN
REX I REAGAN & AMY REAGAN JT TEN
RUSSELL CHARLES REAGAN
MICHAEL REDIFFER
KAROLYN M REED
LAUERNE REINKE
REMEL
TROY D REYNOLDS
MARGARET A RHEAULT
ROBERT BALE RICHARD
ROBERT & PAMELA WIRTES JTTEN
ROBERT HALF INTERNATIONAL
JOHN J ROGERS
JOSEPH M ROIG
RONALD T & JOY C NORRIS
STEPHEN K ROOF
MARTIN P ROSENDALE & KATHY A ROSENDALE TEN COM
PHILLIP RUBENSTEIN
SANTO SACCO
CECIL B SANDERS
PATRICIA SAULKA
JEFFERY LYNN SCARBOROUGH & MARY B SCARBOROUGH JT TEN
SCE&G
GLEN SCHINZEL & JUDY SCHINZEL JT TEN
AMY FELDERHOFF SCHOENDORF
MILTON SCHUBIN
CLARE SCHUETTE & DONNA SCHUETTE JT TEN
THURSTON J SCHULTZ
AMIE SCOGGINS CUST FBO
HARRY W SCOTT JR
LISA G SEAVER
CECIL A SEDBERRY
STACEY C SELAKOVICH
STEVE B SELAKOVICH
GERALD A SERATTI & ALYCE M SERATTI JT TEN
RONALD SETZKORN
CHARLES SHEEDY
CHARLES E SHEEDY
ANN D SHULTS & DANIEL W SHULTS JT TEN
AARON SHUTTLESWORTH & SHARA SHUTTLESWORTH JT TEN
AMY S SIMMONS CUST
DAVID J SKINNER & RENEE SKINNER JT TEN
ALBERT SMITH & LAMAR SMITH JT TEN
SCOTT ANTONY SMITH
THOMAS JOSEPH SMITH

WILLIAM GLENN SMITH & CANDICE COOPER SMITH JT TEN
WILLIAM GLENN SMITH & CANDICE COOPER SMITH JT WROS
MICHELLE SNYDER
DEAN TODD SOBEL & LAURA RAE SOBEL JT TEN
SOUTHWEST SECURITIES
DUANE SOWELL & DENNIS Y HARSTON JT TEN
DON SPEARS
DONALD SPEARS
BAYARD W SPECTOR
MARGARET SPELLMAN TR
CHRIS SPENCER & KIM SWINK SPENCER JT TEN
JACK SPRAGUE
DOYLE L STALKER & LINDA S STALKER JT TEN
M CRAIG STALLARD & CAROL R STALLARD JT TEN
STERICYCLE
LEE STEWART & JUANITA STEWART
JOHN S STORM
NORMA STRABALA
STRAW INTO GOLD INVESTMENTS INC
FLOYD STROOPE
STUART & MARIE CINCOTTA HERSHKOWITZ JTTN
SUSAN C SUTTERFIELD & J S SUTTERFIELD JT TEN
WARREN C SWARTZ
JIM SWINK SR
JIM D SWINK & JUNE SWINK JT TEN
TALL OAKS CAPITAL INVESTMENTS LLC
MICHAEL TAYLOR
WILLIAM C TENNISON
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
SCOTT WAYNE THARNISH
THE LANTERN APARTMENTS
BENNY A. THOMAS & BRENDA F. THOMAS JT TEN
KENDALL THOMAS
MATT THOMAS
RODNEY V. THOMAS & BRENDA J. THOMAS JT TEN
JEANETTE THOMPSON
THOR THORVALDSON & XIOMARA THORVALDSON JT TEN
KAY J TILLMAN
TONEY REALTY CO INC
DONNA TRAMMELL & JIMMY L TRAMMELL JT TEN
ROBERT TREACY
GLEN E TROPP & SHARON K TROPP JT TEN
JOHN F HOWARD CUST, JOSHUA M TURK
JOHN F HOWARD CUST, REBECCA ROSE TURK
MARY S TURUNEN & THOMAS J. CLISCH JT TEN
SARA C TWEEDEL

UNLIMITED SOLUTIONS INC
US LOGISTICS
MATTHEW R USITALO
JOSEPH F & IRENE VILLA JTWROS
KISHIN R WADHWANI & VANDANA K WADHWANI JT TEN
ROBERT P WAGNER
MILAN S WAKEFIELD
KARIE J WALLACE
RICHARD WALTER
WAVERLY HOLDINGS LLC
NANCY B WEBRE
WEDBUSH MORGAN SECURITIES
DAVID L WEIR
BUD & JULIE WHETSTONE
WILLIAM C WHITE & SHANNON WHITE JT TEN
HAROLD G WIEBKE
ROBERT A WIESE
WILCO
JAMES H WILKINS & ANN WILKINS JT TEN
DAVID A WILLIAMS & JOYCE K WILLIAMS JT TEN
SHARON WILLIAMS & SHANNON WILLIAMS JT TEN
TOMMY E WILLIAMS & GLORIA D WILLIAMS JT TEN
JACK W WOMACK
NORRIS T WOODALL
HUGH A YOUNG & MARY A YOUNG JT TEN
BARRY M ZILIN CUST

**(g)** **Parties With Potential or Former Preferred Stock, Warrant and/or Option Rights**

AdamsMark, L.P.
ALD Co-Investor LLC
Alfonse Campitello
Alice Ann Corporation
Alimusa, Jean-Fredrik
Ankrapp Jr, Lyle
Anson Investments Master Fund LP
Armistice Capital Master Fund Ltd
Aurora Enrichment Fund, LLC
Baxter Revocable Trust, William H
BDR, Inc.
Bel-Cal Properties
Benson, James
Bergren, Gary
Bertram Manhan

BTIG LLC
Burrill Securities LLC
Calhoun III, Joseph
Clausen, Peter
Clausen, Peter
CNF Investments II, LLC
Cohan, David
Cohen, Andrrew
Collins, Kenneth
Cranshire Capital Master Fund Ltd
Crews, David
Daniel Vaccaro
Deerfield Private Design Fund II, L.P.
Deerfield Private Design International II, L.P.
Deerfield Special Situations International Master
Deerfield Special Situations, L.P
DeJoria Family Trust, John Paul
Del Guercio, Joseph
Delmar JTWROS, Chester J. & Myrtle
DeMaio, Richard
Deva, Arun
Drohan, David
Equitec Specialists LLC  Now Belong to INTRACOASTAL
Equitec Specialists LLC Assigned to Intracoastal
Evans, William
FAC Enterprises, Inc.
Field, Edward
Fylling, Carelyn
Gardner, Stacy
Garnick, Michael J.
Gladis, Kimberly
Goldstein, Daniel
Gonyea, Dennis
Gore, Randall
Harbert Venture Partners (Annex Fund), LLC
Harbinger/Aurora QP Venture Fund, LLC
Harbinger/Aurora Venture Fund, LLC
Harbour Holdings Ltd
Harvey Glicker
Heights Capital Management Inc
Hinson, James

Hoegger, Marc
Hoel, Dorothy
Hohnke, Lyle
Hotchkiss, David
Intersouth Affiliates V, L.P.
Intersouth Partners V, L.P.
Intersouth Partners VI, L.P.
Intersouth Partners VII, L.P.
Intracoastal
J R Seward Revocable Trust
Jacobs Joint Trust, Paul A & Nancy E
John R. Srogoncik
Jorden Rollover IRA, David
Jorden, David
Jorden, David
JP's Nevada Trust
Keith, Stephen
Kellerman JT TEN, Barry & Dana
Kent, Richard
Kimbrough, Joel
Lincoln Park Capital Fund LLC
Linsky, Jennifer
Marcus, Norman
Marks Self Declaration Trust, A. J.
Marks, Ryan
Martien, Linda
Maryland Dept of Business & Economic Development
Maryland Venture Fund Invest MD II LLC
Maslan, Andrew
McConville, John
McDaniel III, George
McDaniel, Michael
McLoughlin, Mark
Mendelsohn, Craig
MidCap Financial LLC
MidCap Funding III LLC
Midsummer Small Cap Master Ltd
Miller, William
Milworth Investments, Inc.
Mirth, Jennifer
Mohan, Kshitij

Murchison JT TEN, Clint B. & Kenneth E. & Reita J.
Murchison JTWROS, Kenneth E. & Reita J.
Murchison JTWROS, Reita J. & Kenneth E.
Murchison, Stephen B. & Tia C.
Murphy, Martin
Neil Vaccaro
New Markets Growth Fund, LLC
Nicolopoulos, Nicholas
Patton, Andrew
Pearsons, Mark
Pena Jr., Vince
Pena, Eloisa U.
Pollack JT, Lewis & Linda
Preventive Cardiovascular Nurses Association
Pruett, Shirley
Ralph Falk
Ralph Katz
Rappl, Laurie
Reese, Robert
Richard David
RMS Advisors Inc
Robinson, Jason
Ron Schreiner
Rosendale Trust UDT89
Rosendale, Martin
Roth, Heather
Rozel Int'l Holdings Ltd.
Seel Joint Account WROS, Paul
Shallcross, Steven
Sheedy, Charles
Skoog, Darren
Skylands Quest LLC
Skylands Special Investment II LLC
Skylands Special Investment LLC
Smith, Michele
Spectra Financial Group II LLC
SPH Equities
SPH Investments
Stone, Keith
Stuckey, Judy
Stup, Pamela

Sund, Zoe
Tall Oaks Capital Investments, LLC
Tozer, Dean
Trinity Pacific Investments Limited
Tullis-Dickerson Capital Focus III, L.P.
Van Doren, Catherine
Vanek, Patrick
Vincent Campitello
Vitan Group LOC
Vollman, Kristine
Ways, Susan
William Griffin
Winzer, C
Worden, Charles
Zheng, Jin

## (h) **Employees, Current And Former**

Abraham, Brian C.
Alan Nguyen
Alimusa, Jean-Fredrik
Amber Littesy
Andrew Conteh
Ankrapp Jr., Lyle N.
Arch, Suzette L.
Austin Rudisill
Baker, Ronald R.
Bambi Hill
Bates, Amy
Beriou, Judy M.
Brett Banford
Bychkova, Tatyana
Clausen PhD., Peter A.
Clifford II., William H.
Cohan, David L.
Cohen, Andrew
Collins, Kenneth
Crane, Mark A.
Daniell, Elizabeth B.
Darren Hickerson
DeLashmutt, Michelle E.

DeMaio, Richard James
Desilvestri, Arica L.
Dorfman, Andrew
Driscoll, Timothy D.
Edward L. Field
Elizabeth Nieman
Estrella, Erwin A.
Etling, Curt R.
Fain, Terri
Fitzpatrick, Jodi
Ford, Bradley O.
Fylling, Carelyn P.
Gardner, Stacy L.
Garrett, Benjamin J.
Goldstein, Daniel
Gonzales, Angela
Gore, Randall
Graham, Richard J.
Hannah White
Harvey, Mark
Hope, Cathryn J.
Hotchkiss, David A.
Hunt, Brian Nathan
Jaster, Christa Deanna
Johnson, Clara
Johnson, Krista
Jorden, David E.
Kabiritsi, Pius
Karmilowicz, Peter
Katie Morgan
Kelly B. Larson
Kippenberger, John P.
Kowalski, Richard J.
Kristen Hopper
Kukes, Andrew J.
Lang, William D.
Larson, Kelly B.
Laura Cunningham
Lim, Peter D.
Linsky, Jennifer
Lunnin, Mark

March, Eduardo
Margaret Cassidy
Martien, Linda
Maslan, Andrew S.
Matz, Rene
McCarron, Brendan S.
McConville, John
Michelle N. Fiordalisi
Milner, Jasmine A.
Mirth, Jennifer
Mohan, Kshitij
Mullen, Piper
Nicolopoulos, Nick T.
Norin Meadows
O'Connell, Thomas
Oluwakemi Ajisebutu
Otto, Gary R.
Patel, Tejal
Patterson, Herman B.
Patton, Andrew J.
Pearson, John Mark
Phann, Vannak
Rappl, Laurie M.
Robinson, Jason
Rosato, Joseph R.
Rosen, Michele R.
Rosendale, Martin P.
Roth, Heather
Roth, Stuart G.
Ruiz, Juan R.
Ryan Todd
Saller, Blaine
Sarah Bianco
Schneider, Steven P.
Schultz, Jynjer A.
Scott, Jennifer R.
Shallcross, Steven
Skoog, Darren
Smith, Janet A.
Smith, Michelle
Soteropoulos, Demetrios

Streilein, Robin
Stuckey, Judy
Stup, Pamela
Sund, Zoe Marie
Syracuse, Myer
Tozer, Dean
Van de Voorde, Kathleen
Van Doren, Catherine
Vanek RPh., Patrick P.
Vollman, Kristina
Ways, Susan C.
West, Sherman R.
White, Robert C.
Wilds, Jill M.
Wolfe, Heidi
Wyatt, Michael
Zheng, Jin

### (i)    Parties Potentially Holding Certain Property Of The Debtor

Aventura Wound Healing Center-Sample
[REDACTED – INDIVIDUAL'S NAME][1]
(IR) East Coast Biologics
(IR) Minivasive
1029:2 Jewish Hospital (PARENT) : Taylor Regional
1053:1 United Regional - Parent : United Regional Wound Care Center
1110 Enloe Medical Center
1111 Physician's Wound Center
1177 TWM-Fort HealthAre
1218 St. Joseph
1232 Piedmont Health System
1260 CHRISTUS Health Info (Parent) : CHRISTUS St. Vincent - IC
1279 Singing RIver
1311 VA- Richmond VA CSI Center
1355 St. Luke's Hospital System : St. Lukes Hyberbaric & Wound Center - Meridian
1514 AMG Specialty Hospital Tulsa
1540 HealthSouth Corporation
1540:14 Health South Corp: HealthSouth- Columbia

---

[1] Given the health-related nature of the Debtor's business, all names of individuals have been redacted to ensure that no personal health information is divulged.

1540:75 Health South-Western Hills
1573 Valley Wound Healing Center
1574 Fairfield County Foot Surgeons
Acuity Hosppital of South Texas, LLC
Advanced Wound Healing Center
Alphacor
AMC Wound Care Center
Amputation Prevention Center
[REDACTED – INDIVIDUAL'S NAME]-CA Long Beach VA
Asheville Specialty Hospital
Aventura Wound Healing Center
Baylor Specialty Hospital
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
Biotherapy Services (UK)
Blaine Medical Center
[REDACTED – INDIVIDUAL'S NAME]
Bronx Foot Rehabilitation Associates
Cardiff Medical Spa
Cardiovascular & Extracorporeal Tech
Carol County Hospital (Dr Sarva Girdhar)
Carolina Dermatology
Carolina Perfusion
[REDACTED – INDIVIDUAL'S NAME]
Charles Medical Group
[REDACTED – INDIVIDUAL'S NAME]
Conley & Koontz Equine Hospital
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
MGM Grand conference
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
Derma Laser Center
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
East Valey Foot & Ankle Specialists-Sample Sales Rep (AJ Patton)
Fairview Southdale Hospital-sample

Forrest Health System
G.Otto Trade Show
[REDACTED – INDIVIDUAL'S NAME] VA Medical Center-Sample Sales Rep (AJ Patton)
Global Autotransfusion
Hair Restoration Center of Utah
HealthSouth Rehabilitation Hospital of UT
Hunter Holmes VA Medical center
Hyperbaric Medicine & Wound Treatment Ctr
HyperbaRXS
ICFMISS
Institute for advanced Wound Care
Intellicure - St. Anthony Wound care
Intellicure, Inc.
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]-Marion VA Medical Center
[REDACTED – INDIVIDUAL'S NAME]
Jupiter Dermatology
Kaweah Delta Health Care District
Kindred Hospital -Hollywood FL
Kindred- Northshore
Lam Facial Plastics Surgery
Laser Esthetica
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
Lisa Roberts Regional Medical Center
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
Mercy Pain Center
Millenia Holdings
Ministry Health- Sample  Sales Rep (Laurie Rappl)
Minivasive
National Rehabilitation Center
New Tech Medical
New York Foot and Ankle Specialists
[REDACTED – INDIVIDUAL'S NAME]
Northport VA Medial Center- Sample Sales Rep (John McConville)
Olean Center for Wound and Hyperbaric Medicine
Olean General Hospital - Center for Wound Healing
Orange Regional Medical Center

Orange Regional Medical Center- Sample Sales Rep (Judy Stuckey)
[REDACTED – INDIVIDUAL'S NAME]
Physicians Hair Restoration
Post Acute Medical Specialty Hospital - Corpus Christi
Promise Hospital of Louisiana
[REDACTED – INDIVIDUAL'S NAME]
RBC Medical Services PLLC
[REDACTED – INDIVIDUAL'S NAME]
Rochester General Wound Healing
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
[REDACTED – INDIVIDUAL'S NAME]
Samson Hair Restoration
Singing River Health System
Specialized Medical Concept
St. Luke's The Woodlands Hospital

St. Anthony Hospital
Stockdale Podatry Goup
Synergy Health, LLC
Taylor Regional Hospital
The Peer Group Plastic Surgery
[REDACTED – INDIVIDUAL'S NAME]
Ula Lai Regenerative Services LLC
Uniontown Hospital
Uvalde Memorial Hospital
VA Medical Center (Charles George)
Valley Wound Healing Center
Vibra Health - New Bedford Rehab Hospital
Vibra Healthcare
Vibra Healthcare - Vibra Hospital of Fargo
Vibra Helth New Bedford rehab hospital
Vibra Hospital of Amarillo
Vibra Hospital of Boise
Vibra Hospital of Central Dakotas
Vibra Hospital of Charleston - SC
Vibra Hospital of Mahoning Valley
Vibra Hospital of Sacramento
Vibra Hospital of Springfield LLC
Vibra Hospital of Western MA
Vibra Hospital of Western Mass
Vibra Hospital Richmond
Vibra Mahoning Valley
Vibra of Northwestern Indiana
Vibra Specialty Hospital
Vibra Specialty Hospital - Dallas
vine Institute of Medicine and Cosmetic
Vorteil Dermatology & Aesthetic
[REDACTED – INDIVIDUAL'S NAME]
Ziering Medical

**(j) Delaware Bankruptcy Judges**

Chief Judge Brendan L. Shannon
Judge Kevin J. Carey
Judge Kevin Gross
Judge Laurie Selber Silverstein
Judge Christopher S. Sontchi
Judge Mary F. Walrath

**(k) <u>US Trustee's Office</u>**

Office of US Trustee
Andrew R. Vara (US Trustee)
Thomas Patrick Tinker (Assistant US Trustee)
David Buchbinder
Mark Kenney
Richard Schepacarter
Tiiara Patton
Juliet Sarkessian
Jane Leamy
Benjamin Hackman
Tim Fox
Hannah McCollum
Linda Casey